IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **MARCUS HURDLE**, | ) |
| *Petitioner*, | ) |
| v. | ) |
|  | ) **Case No**. 3:20-cv-605-KAD |
| **ROLLIN COOK**, Commissioner, Connecticut Department of Correction, and **KENNETH BUTRIKS,** Warden, Cheshire Correctional Institution. | ) |
|  | ) May 11, 2020 |
| *Respondents*. | ) |

**OPPOSITION TO RESPONDENTS'
MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Local Rule 7(a)(2), Petitioner Hurdle respectfully opposes Respondents' motion for an extension of time to file a responsive pleading to this Court's Order to Show Cause, ECF No. 6, up to and including May 22, 2020.

As articulated in both his Amended Petition, ECF No. 15, and his Memorandum of Law in Support of Motion for Temporary Restraining Order, ECF No. 17, Mr. Hurdle faces severe and imminent harm as a result of his continued confinement by Respondents. That Mr. Hurdle has not been tested for COVID-19—and thus has not tested positive—is irrelevant to the legal claims articulated in his Amended Petition and Motion for a Temporary Restraining Order. *Cf.* ECF No. 22, at ¶ 18 (noting "Petitioner does not claim he is COVID-19 positive"). Rather, his current health status underscores the need for prompt action to keep him safe while it remains possible to do so.

While under normal circumstances, the extension of time that Respondents seek may be reasonable, ten days in light of the COVID-19 crisis is simply too long for Mr. Hurdle to wait. In the ten-day period between April 28 and May 8 (the most recent date for which the Department of Correction ("DOC") has published statistics as of this filing),[1] the number of DOC staff members and inmates who have tested positive for COVID-19 has increased from 317 to 365, and from 390 to 505, respectively. The number of inmates who have died has increased from 2 to 6.

As Respondents note, they have briefed the legal issues presented by Mr. Hurdle's petition for a writ of habeas corpus—including the Fourteenth Amendment claim he raised in his Amended Petition—in a number of other cases in the past months. Mr. Hurdle's claims are substantially similar to those raised in *McPherson v. Lamont*, No. 3:20-cv-534-JBA, currently pending before this court and handled by counsel for Respondents. Counsel are by this time familiar with the legal and factual issues in this case and related cases. Though Respondents' counsel's caseload may be significant, this does not change the exigencies of the crisis at hand.

Wherefore, for the reasons above, Petitioner Hurdle respectively requests this Court deny Respondents' motion for an extension of time to respond to this Court's Order to Show Cause by ten days.

---

[1] *DOC COVID-19 Tracker* (May 8, 2020) available at https://portal.ct.gov/DOC/Common-Elements/Common-Elements/Health-Information-and-Advisories.

Dated May 11, 2020

                                        Respectfully submitted,

/s/ Michael J. Wishnie
Bardia Faghihvaseghi*
Jade Ford*
Arjun Mody*
Kayla Morin*
Cara Newlon*
Molly Petchenik*
Leah Samuel*
Blake Shultz*
Casey Smith*
    Law Student Interns

Renée Burbank, Supervising Attorney, ct30669
Marisol Orihuela, Supervising Attorney, ct30543
Michael J. Wishnie, Supervising Attorney, ct27221
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

*Counsel for Petitioner*

*Law student appearances forthcoming.

3

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 11, 2020, a copy of the foregoing Opposition to Respondents' Motion for Extension of Time to File Responsive Pleading was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    Respectfully submitted,

    /s/ Michael J. Wishnie
    Michael J. Wishnie, Supervising Attorney
    Jerome N. Frank Legal Services Organization
    Veterans Legal Services Clinic
    Yale Law School
    P.O. Box 209090
    New Haven, CT 06520
    Phone: (203) 432-4800
    michael.wishnie@ylsclinics.org

    *Counsel for Petitioner*