IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARCUS HURDLE**, <br><br> *Petitioner*, <br><br> v. <br><br> **ROLLIN COOK**, Commissioner, Connecticut Department of Correction, and **KENNETH BUTRICKS**, Warden, Cheshire Correctional Institution, <br><br> *Respondents*. | **Case No**. 3:20-cv-605-KAD |

**UNOPPOSED MOTION FOR WRIT OF HABEAS CORPUS**

Petitioner Marcus Hurdle, through undersigned counsel, moves the Court to issue a writ of habeas corpus to the Marshal for the District of Connecticut and to the Warden of Cheshire Correctional Institution to have Mr. Hurdle, now in their custody, before the United States District Court for the District of Connecticut via video conference for the purpose of hearing scheduled in the instant case for May 27, 2020 at 2:00 pm.

The purpose of this motion is to enable Mr. Hurdle to attend the hearing via videoconference. He does not request the opportunity to testify personally, and counsel does not intend to offer his testimony at the hearing.

Petitioner consulted with counsel for Respondents on May 23, 2020. Respondents do not oppose this motion.

Respectfully submitted,

/s/ Michael J. Wishnie
Bardia Faghihvaseghi, Law Student Intern
Jade Ford, Law Student Intern
Arjun Mody, Law Student Intern
Kayla Morin, Law Student Intern
Cara Newlon, Law Student Intern
Molly Petchenik, Law Student Intern
Leah Samuel, Law Student Intern
Blake Shultz, Law Student Intern
Casey Smith, Law Student Intern

Renée Burbank, ct30669
Marisol Orihuela, ct30543
Michael J. Wishnie, ct27221
Jerome N. Frank Legal Svcs. Org.
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

*Counsel for Petitioner*

## CERTIFICATION OF SERVICE

    I hereby certify that on May 24, 2020, a copy of the foregoing Unopposed Motion for Writ of Habeas Corpus was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

    Respectfully submitted,

/s/ Michael J. Wishnie
Michael J. Wishnie, Supervising Attorney
Jerome N. Frank Legal Svcs. Org.
Veterans Legal Services Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

*Counsel for Petitioner*