UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS HURDLE | : | CIVIL NO. 3:20CV00605 (KAD) |
| *Petitioner,* | : | |
| v. | : | |
| ROLLIN COOK, ET AL. | : | MAY 27, 2020 |
| *Respondents.* | | |

## **RESPONDENTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Respondents respectfully submit to this Court Notice of Judge Meyer's decision in the matter of *Griffin v. Cook, et. al.*, docket no. 3:20-CV-589 (JAM), issued on May 26, 2020, which is attached to this Notice. *Griffin* is a case in which the petitioner, a sentenced state inmate within the custody of the Connecticut Department of Correction (DOC), sought release via a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and alternatively, 28 U.S.C. § 2254 for alleged violations of her Eighth Amendment rights based on her alleged exposure to the COVID-19 virus while housed at York Correctional Institution. In *Griffin*, Judge Meyer considered a virtually identical motion to dismiss by the respondents based on the petitioner's failure to exhaust her state court remedies. The court in *Griffin* granted the motion to dismiss, holding that "[t]he Second Circuit has ruled that section 2254 is the exclusive procedural pathway for a sentenced state prisoner's challenge in federal court to the execution of her sentence," and that the petitioner "has not fully exhausted her claims as section 2254 requires." (*Griffin* Doc. #31 at 3, 5.) The court also explicitly rejected *McPherson v. Lamont*, 2020 WL 2198279 (D. Conn. 2020), "because it is not consistent with the Second Circuit's rulings in *James* and *Cook*, which (as discussed above) require sentenced state prisoners who seek to challenge the execution of their sentences to proceed under section 2254 rather than section 2241." (Id. at 6.) Respondents submit this is highly persuasive authority that should be considered by this Court when deciding the pending Motion to Dismiss.

1

RESPONDENTS

Commissioner Rollin Cook , et al.

WILLIAM TONG
ATTORNEY GENERAL

BY:  /s/ *James W. Donohue*
James W. Donohue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct28566
E-Mail:  james.donohue@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on May 27, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ *James W. Donohue*
James W. Donohue
Assistant Attorney General