Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould     RPTR/ECRO/TAPE Tracy Gow

TOTAL TIME: _____ hours  35  minutes

DATE: 5/27/2020     START TIME: 2:05pm     END TIME: 2:40pm

LUNCH RECESS     FROM: _____     TO: _____

RECESS (if more than ½ hr)     FROM: _____     TO: _____

CIVIL NO. 3:20-cv-00605-KAD

Marcus Hurdle                                        James W. Donohue
                                                     Plaintiff's Counsel
              vs
Rollin Cook et al                                    Michael J. Wishnie, Molly Petchenik
                                                     Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ….. # 25   Motion to Dismiss                          ☐ granted  ☐ denied  ☑ advisement
☐ ….. #____  Motion_____           ☐ granted  ☐ denied  ☐ advisement
☐ ….. #____  Motion_____           ☐ granted  ☐ denied  ☐ advisement
☐ ….. #____  Motion_____           ☐ granted  ☐ denied  ☐ advisement
☐ ….. #____  Motion_____           ☐ granted  ☐ denied  ☐ advisement
☐ ….. #____  Motion_____           ☐ granted  ☐ denied  ☐ advisement
☐ ….. #____  Motion_____           ☐ granted  ☐ denied  ☐ advisement
☐ …..        Oral Motion_____          ☐ granted  ☐ denied  ☐ advisement
☐ …..        Oral Motion_____          ☐ granted  ☐ denied  ☐ advisement
☐ …..        Oral Motion_____          ☐ granted  ☐ denied  ☐ advisement
☐ …..        Oral Motion_____          ☐ granted  ☐ denied  ☐ advisement
☐ …..        ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ………..      _____  ☐ filed  ☐ docketed
☐ ………..      _____  ☐ filed  ☐ docketed
☐ ………..      _____  ☐ filed  ☐ docketed
☐ ………..      _____  ☐ filed  ☐ docketed
☐ ………..      _____  ☐ filed  ☐ docketed
☐ ………..      _____  ☐ filed  ☐ docketed
☐ ………..      Hearing continued until _____ at _____

Notes: